BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) CASE NO.  2:11-CR-0326 KJM |
| Plaintiff, | ) |
| v. | ) **GOVERNMENT MOTION TO STRIKE** |
| | ) **MODIFICATION OF CONDITION OF** |
| SEAN HOWARD, | ) **PRETRIAL RELEASE AND ORDER** |
| Defendant. | ) |

The United States of America, by and through the undersigned attorney, hereby moves to strike the additional condition of pretrial release imposed by the Court following the defendant's sentencing on March 5, 2012.  At sentencing, the United States asked the Court to impose a condition of pretrial release requiring the defendant to seek sex offender treatment that included use of physical response testing.  The Court granted the motion and ordered the parties to prepare a stipulation modifying the defendant's conditions of pretrial release.

After consulting with Pretrial Services, the United States Probation Office, and defense counsel, it appears as if there is

currently no mechanism to provide such treatment.  In short, Pretrial

Services does not provide such testing, the defendant is not yet

under the supervision of the United States Probation Office, and the

defendant does not have the financial means to pay for such

treatment.  As such, there do not appear to be any systems in place

through which the defendant could receive the examination,

evaluation, and care sought by the United States.

The defendant continues to receive mental health care through

Pretrial Services.  Given the absence of any available treatment

options, the relatively short period of time between the defendant's

sentencing and surrender date, the lack of any misconduct since his

arrest, and the available treatment that defendant may receive

through the Bureau of Prisons, the United States no longer seeks the

additional condition of pretrial release ordered by the Court on May

5, 2012, and asks the Court to strike this added condition from the

defendant's pretrial release conditions.

Dated: March 14, 2012              Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                   By: */s/ Kyle Reardon*
                                   KYLE REARDON
                                   Assistant U.S. Attorney


**O R D E R**

Approved and so ordered.

Dated: March 16, 2012.


UNITED STATES DISTRICT JUDGE