BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00326-KJM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| SEAN C. HOWARD | |
| Defendant. | |

WHEREAS, on December 20, 2011, this Court entered a Preliminary Order of
Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea
agreement entered into between plaintiff and defendant Sean C. Howard and the
finding of forfeiture to the United States the following property:

        (a)    One Dell desktop computer, service tag number 6PKGMC1;

        (b)    One Western Digital 250 GB hard drive, serial number WD-WCANKFD954048; and

        (c)    One Western Digital hard drive, serial number WD-WCAL95358097.

AND WHEREAS, beginning on December 22, 2011, for at least 30 consecutive
days, the United States published notice of the Court's Order of Forfeiture on the
official internet government forfeiture site www.forfeiture.gov. Said published notice
advised all third parties of their right to petition the Court within sixty (60) days from

1

the first day of publication of the notice for a hearing to adjudicate the validity of their

alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a

claim to the subject property, and the time for any person or entity to file a claim has

expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States

of America all right, title, and interest in the above-listed property pursuant to 18

U.S.C. § 2253 to be disposed of according to law, including all right, title, and interest

of Sean C. Howard.

2.     All right, title, and interest in the above-listed property shall vest solely in

the name of the United States of America.

3.     The U.S. Marshals Service shall maintain custody of and control over the

subject property until it is disposed of according to law.


SO ORDERED this 23rd day of April 2012.

_____
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture